# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No.: 3:11-cv-00186-MOC-DSC

| | |
|---|---|
| BRIAN Z. FRANCE,<br><br>        Plaintiff,<br>v.<br><br>MEGAN P. FRANCE,<br><br>        Defendant. | ORDER |

Upon the Defendant's Motion to Stay Initial Attorneys' Conference, and for good cause shown:

**IT IS THEREFORE ORDERED** that the deadline by which the parties must conduct the Initial Attorneys' Conference is extended by fifteen (15) days up to, and including, August 26, 2011.

      **SO ORDERED**.　　　　　　　　　Signed: August 11, 2011

_____
David S. Cayer
United States Magistrate Judge